■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN BRODIE, Appellant. [680 NYS2d 856] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated November 18, 1996 (*People v Brodie,* 233 AD2d 458), affirming a judgment of the Supreme Court, Kings County, rendered January 3, 1995.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Ritter, J. P., Pizzuto, Friedmann and Luciano, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID CAMPBELL, Appellant. [680 NYS2d 856] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Giaccio, J.), rendered June 26, 1996, convicting him of burglary in the first degree, unlawful imprisonment in the second degree (three counts), and menacing in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt of burglary in the first degree beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The defendant's remaining contentions are unpreserved for appellate review and, in any event, are either without merit or do not require reversal. Miller, J. P., Pizzuto, Friedmann and Goldstein, JJ., concur.